UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO<br><br>        Defendant. | 1:06-cv-1635-OWW-SMS<br><br>ORDER TO PLAINTIFF TO PAY THE $350.00 FILING FEE OR, IN THE ALTERNATIVE, TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS NO LATER THAN TWENTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER (DOC. 2)<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF WITH THIS ORDER A BLANK IN FORMA PAUPERIS APPLICATION FOR A PLAINTIFF WHO IS OUT OF CUSTODY |

    Plaintiff is proceeding pro se with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Plaintiff filed a complaint and a motion to proceed in forma pauperis on November 14, 2006. However, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff stated that he had a savings account but did not state the total amount. Plaintiff also stated that he was not currently employed but did not indicate the date of his last employment, the amount

1

of his take-home salary or wages and pay period, or the name and address of the last employer.

Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees or give security therefor. Id.; Floyd v. United States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997), modified on other grounds in Callihan v. Schneider, 178 F.3d 800, 801 (6th Cir. 1999).

Here, because Plaintiff did not complete his application, the Court cannot determine whether Plaintiff qualifies financially to proceed in forma pauperis. The Court must have all the information requested in the application. Without knowing the information requested, the Court cannot determine whether to grant or to deny the application.

Until a completed application is filed and granted, the Court will not proceed to screen the complaint and determine whether to issue an order directing service.

The Court will give Plaintiff an opportunity either to pay the $350.00 filing fee, or to submit a new application that is complete and that gives the Court all the required information.

Accordingly, it IS ORDERED that no later than twenty days after the date of service of this order Plaintiff SUBMIT a completed application to proceed in forma pauperis OR PAY the $350.00 filing fee; and the Clerk IS DIRECTED to send to

1 | Plaintiff with this order a blank application to proceed in forma
2 | pauperis for a person not in custody.
3 |     Plaintiff IS INFORMED that a failure to comply with this
4 | order will result in a recommendation that this action be
5 | dismissed.
6 |
7 | IT IS SO ORDERED.
8 | **Dated:    November 21, 2006**            **/s/ Sandra M. Snyder**
  | icido3                                  UNITED STATES MAGISTRATE JUDGE