UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, | ) 1:06-cv-1635-OWW-SMS |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) APPLICATION TO PROCEED IN FORMA |
| | ) PAUPERIS (DOC. 4) |
| v. | ) |
| | ) ORDER DENYING PLAINTIFF'S MOTION |
| CITY OF FRESNO | ) TO APPOINT COUNSEL (DOC. 5) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff is proceeding pro se with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

I. Application to Proceed in Forma Pauperis

Plaintiff has submitted a declaration and attachments that make the showing required by § 1915(a).

Accordingly, it IS ORDERED that the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

II. Motion for Appointment of Counsel

On December 7, 2006, Plaintiff filed a motion for the appointment of counsel. The motion consisted merely of a request that an attorney be appointed to assist Plaintiff in this case.

1

1    The Court may request an attorney voluntarily to represent a
2 person proceeding in forma pauperis who is unable to afford
3 counsel. 28 U.S.C. § 1915(d). Appointment of counsel by the Court
4 in such circumstances is discretionary, not mandatory. United
5 States v. $292,888.04 in U.S. Currency, 54 F.3d 564, 569 (9th
6 Cir. 1995). Appointment may be made if a court finds that there
7 are exceptional circumstances after evaluating the likelihood of
8 success on the merits and the ability of the party to articulate
9 his claims pro se in light of the complexity of the legal issues
10 involved; the factors must be viewed together. Terrell v. Brewer,
11 935 F.2d 1015, 1017 (9th Cir. 1991) (citing Wilborn v.
12 Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986)).
13    Here, this Court cannot require an attorney to represent
14 plaintiff. Mallard v. United States District Court for the
15 Southern District of Iowa, 490 U.S. 296, 298 (1989). Without a
16 reasonable method of securing and compensating counsel, this
17 court will seek volunteer counsel only in the most serious and
18 exceptional cases.
19    Further, the Court notes that by separate order, the
20 undersigned Magistrate Judge has recommended that Plaintiff's
21 action be dismissed for failure to state a claim upon which
22 relief may be granted.
23    In light of the early stage of the proceedings and the
24 Court's recommendation on the merits of the action set forth in a
25 separate order, the Court cannot make a determination that
26 Plaintiff is likely to succeed on the merits. Terrell, 935 F.2d
27 at 1017. There is no showing that Plaintiff is unable to proceed
28 in view of the nature of the case, which concerns the legality of

1 prostitution.
2     The Court does not find the required exceptional
3 circumstances.
4     Accordingly, Plaintiff's motion for the appointment of
5 counsel, filed December 7, 2006, IS DENIED.
6
7 IT IS SO ORDERED.
8 **Dated:     December 22, 2006              /s/ Sandra M. Snyder**
  icido3                                    UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3