UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FRESNO <br><br> Defendant. | ) 1:06-cv-1635-OWW-SMS <br> ) <br> ) ORDER RE: FINDINGS AND <br> ) RECOMMENDATION TO DISMISS ACTION <br> ) WITH PREJUDICE (DOCS. 1,7) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    Plaintiff is proceeding pro se and in forma pauperis with a civil action.

    On December 22, 2006, the Magistrate Judge filed findings and a recommendation that the action be dismissed without leave to amend and with prejudice because 1) the complaint fails to state facts constituting a basis for this Court's subject matter jurisdiction; 2) the complaint fails to state a claim upon which relief may be granted; 3) Plaintiff's complaint is legally frivolous; and 4) any attempt at amendment would be futile. The Court granted Plaintiff thirty days within which to file objections. The findings and recommendation were served on Plaintiff on the same date. Over thirty days have passed, but

1  Plaintiff has not filed any objections or sought an extension of
2  time within which to do so.
3      In accordance with the provisions of 28 U.S.C. § 636
4  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
5  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
6  review of the case. Having carefully reviewed the entire file,
7  the Court finds that the findings and recommendation are
8  supported by the record and proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1. The findings and recommendation filed December 22, 2006,
11  are ADOPTED IN FULL; and
12     2. The action IS DISMISSED with prejudice for failure to
13  state a claim upon which relief may be granted; and
14     3. The Clerk of Court IS DIRECTED to close this action
    because this order terminates the action in its entirety.IT IS SO
15  ORDERED.
16  Emm0d6**Dated:   February 8, 2007**         **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

2